FILED

2017 Jul-14  AM 08:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| TEE-AUNDRA CLEMONS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.  5:17-cv-00723-HNJ |
| | ) | |
| LYONS HUMAN RESOURCES, INC., | ) | |
| | ) | |
| Defendant | ) | |

## DISMISSAL ORDER

Pursuant to the Joint Stipulation of Dismissal filed by the parties (Doc. 9), the Court ORDERS, ADJUDGES, and DECREES that this action is DISMISSED WITH PREJUDICE, each party to bear its own costs.

DONE this 14th day of July, 2017.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE